IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN THOMAS, #124145, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-107-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the complaint filed in this case and as additional information is necessary for proper screening of this case, it is

ORDERED that on or before February 23, 2007 the plaintiff shall file an amendment to his complaint which:

1. Identifies the conviction(s) and sentence(s) on which he is presently incarcerated.

2. The date of imposition of the aforementioned conviction(s).

3. The specific relief he seeks from this court with respect to application of the Alabama Correctional Incentive Time Act.

In response to the directives of this order, the plaintiff is advised that he must set forth **short and plain statements**. Each response should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 9th day of February, 2007.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE