IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN THOMAS, #124145, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-107-MEF |
| ) | WO |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9) to the Recommendation of the Magistrate Judge filed on April 11, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) entered on March 29, 2007 is adopted;

3. This case is DISMISSED prior to service of process without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 18th day of April, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE