IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHEN THOMAS#124145                 )
          Plaintiff

                                      )        CASE N).207-cv-107-MEF

Vs.                                            CASE NO._____

                                      )

RICHARD ALLEN, et al.,
          Defendants.                 )


                                      )


                        NOTICE OF APPEAL

    Comes NOw, the plaintiff, Stephen Thomas, file with this court
for the Middle District Of Alabama. Northern division, this notice
of appeal from final judgement denying his civil action complaint
and the final judgement entered on record on __May 1st, 2007__
2007.


                              Stephen Thomas
                                124145

Mr. Stephen Thomas # 124145
Fountain C F 3800
Atmore, Ala 36503
K-1-2-2-B

Middle District of Alabama
Office of

Clerk, United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

LEGAL



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."