```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000324
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
----------------------------------------
PLRA CIVIL FILING FEE
 For: STEPHEN THOMAS
 Case/Party: D-ALM-2-07-CV-000107-001
 Amount:         $29.00
----------------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31355
 Amt Tendered:   $29.00
----------------------------------------
Total Due:       $29.00
Total Tendered:  $29.00
Change Amt:       $0.00

DALM207CV000107-M
STEPHEN THOMAS
```